JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN BARSHAW, | ) | NO. CV 14-8080 FMO (VBKx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| JEFFERSON CAPITAL SYSTEMS, LLC, | ) | |
| Defendant. | ) | |

The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and aside from defendant's filing a motion to compel arbitration, no action has been taken in the matter. Now, the court is informed that the parties have settled and that plaintiff will dismiss the action with prejudice as to himself and without prejudice as to the class members. (See Notice of Settlement).

Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **60 days from the filing date of**

1  **this Order,** to re-open the action if settlement is not consummated.  The court retains full
2  jurisdiction over this action  and this Order shall not prejudice any party to this action.
3  Dated this 23rd day of February, 2016.

                                          /s/
                                  Fernando M. Olguin
                               United States District Judge